FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesBurrell at 12:31 pm, Dec 04, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 2:24CR-11 |
| | ) | |
| v. | ) | 18 U.S.C. § 242 |
| | ) | Deprivation of Rights Under Color |
| CHRISTINE RENEE NEWMAN | ) | of Law |

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE
*Deprivation of Rights Under Color of Law*
18 U.S.C. § 242

On or about January 16, 2022, in the Southern District of Georgia, the defendant, **CHRISTINE RENEE NEWMAN**, while acting under color of law as a Deputy Sheriff with the Camden County Sheriff's Office, willfully deprived C.F., an arrestee, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force in the course of an arrest. Specifically, **CHRISTINE RENEE NEWMAN** struck C.F. in the head and face and pushed C.F.'s head into a patrol car bumper, while C.F. was handcuffed and without lawful justification. The offense resulted in bodily injury to C.F.

{Signatures on the Following Page}

All of which is a violation of Title 18, United States Code, Section 242.

Jill E. Steinberg
United States Attorney

Jennifer J. Kirkland
Assistant United States Attorney
*Lead Counsel

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

Alec C. Ward
Trial Attorney, Civil Rights Division
*Co-lead Counsel