UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 2:24-cr-00011 |
| | ) | |
| CHRISTINE RENEE NEWMAN | ) | |

## MOTION TO TRAVEL

COMES NOW Christine Renee Newman, by and through her undersigned counsel, and respectfully requests that she be permitted to drive Ms. Chelsea Harrison to her appointment on February 8, 2025, at Southside Chiropractic & Car Injury Clinic, 8825 Perimeter Park Blvd, Jacksonville, Florida. Ms. Harrison cannot drive herself to these bi-monthly appointments and has no one besides Ms. Newman that can drive her. Accordingly, Ms. Newman respectfully seeks continuing authorization for driving Ms. Harrison to future appointments at this location. The undersigned has communicated with the pretrial services officer who is supervising Ms. Newman and the Assistant U.S. Attorney, and they do not oppose this request.

Respectfully submitted this 3rd day of February, 2025.

*/s/ David M. Stewart*
Crowder Stewart LLP
Post Office Box 160
Augusta, Georgia 30903
706.434.8799

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 3rd day of February, 2025.

>*/s/ David M. Stewart*
>CROWDER STEWART LLP
>540 James Brown Boulevard
>Post Office Box 160
>Augusta, Georgia 30903
>706.434.8799