IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:24-cr-11 |
| CHRISTINE RENEE NEWMAN, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Christine Renee Newman's Motion to Travel.  Doc. 28.  Defendant states that the United States Probation Pretrial Officer does not oppose her Motion.  Counsel for the Government has notified the Court that it does not oppose Defendant's Motion.  After careful consideration, Defendant's Motion to Travel is **GRANTED**.  Defendant is permitted to travel to 12201 Colonial Drive, Winter Garden, Florida on Sunday, April 20, 2025 to attend Easter Church Services.  Defendant must return to the Southern District of Georgia at the end of her travel on April 20, 2025.  Additionally, Defendant is permitted to travel to 452039 Old Dixie Highway, Callahan, Florida on Saturday, June 28, 2025 to attend a wedding.  Defendant must return to the Southern District of Georgia at the end of her travel on June 28, 2025.

Defendant is ordered to communicate with her supervising probation officer as directed and must follow all instructions provided by her supervising probation officer related to travel.  Moreover, all other conditions of release are unaffected by this modification and are still in effect, doc. 17.

**SO ORDERED**, this 11th day of April, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA