IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:24-cr-11 |
| CHRISTINE RENEE NEWMAN, | |
| Defendant. | |

**O R D E R**

There being no pending motions before the Court for Defendant Christine Renee Newman, the motions hearing scheduled for June 6, 2025 at 10:30 a.m. is cancelled. Pursuant to the Scheduling Order, doc. 27, the parties are **ORDERED** to file their Joint Status Report on or before May 16, 2025.

**SO ORDERED**, this 13th day of May, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA